**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1376

_____

Charles Loewe,                          *
                                        *
          Appellant,                    *
                                        *
Appeal from the United States
      v.                                *
District Court for the
                                        *
Western District of Missouri.
United States of America; U.S.                                    *
Marshall Service,                       *
  **[UNPUBLISHED]**
                                        *
          Appellees.                    *

_____

Submitted:  November 5, 1997

Filed:  November 12, 1997

_____

Before WOLLMAN, LOKEN, and HANSEN, Circuit Judges.

_____

PER CURIAM.


     Charles Loewe appeals from the district court's[1] orders denying his post-judgment motions in this 28 U.S.C. § 2241 proceeding.  After careful review of the

_____

[1]The HONORABLE D. BROOK BARTLETT, Chief Judge, United States District Court for the Western District of Missouri.

record for abuse of discretion, we affirm for the reasons stated by the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.